IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 20-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| THOMAS E. DURHAM, JR. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Adopt Co-Defendant Motion (#163) filed by counsel for Defendant. In the motion, Defendant Durham requests that he be allowed to adopt the motion filed by the co-defendant Avery Ted Cashion, III entitled "Motion to Compel Compliance with ESI Protocols" (#153). It appears that good cause has been shown for the granting of the motion and it further appears that the government does not object to the motion.

### ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Adopt Co-Defendant's Motion (#163) is hereby **ALLOWED** and the defendant Thomas E. Durham, Jr. is allowed to adopt the motion filed by Defendant Cashion entitled "Motion to Compel Compliance with ESI Protocols" (#153).

Signed: March 22, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge

2