| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **THOMAS E. DURHAM, JR.** | ) | |
| | ) | |
| _____ | ) | |

     **THIS MATTER** has come before the undersigned pursuant to a Motion to Adopt Co-Defendant Motion (#163) filed by counsel for Defendant.  In the motion, Defendant Durham requests that he be allowed to adopt the motion filed by the co-defendant Avery Ted Cashion, III entitled "Motion to Compel Compliance with ESI Protocols" (#153).  It appears that good cause has been shown for the granting of the motion and it further appears that the government does not object to the motion.

## ORDER

     **IT IS, THEREFORE, ORDERED** that the Motion to Adopt Co-Defendant's Motion (#163) is hereby **ALLOWED** and the defendant Thomas E. Durham, Jr. is allowed to adopt the motion filed by Defendant Cashion entitled "Motion to Compel Compliance with ESI Protocols" (#153).

Signed: March 22, 2013

Dennis L. Howell
United States Magistrate Judge