UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12CR20-04

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| THOMAS E. DURHAM, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pending before the Court is Defendant's Motion for Rule 17 Subpoenas [# 157]. The Court **DIRECTS** the Government and counsel for Defendant Thomas Durham, Jr. to appear for a hearing on the Defendant's motion on Monday May 13, 2013, at 9:30 a.m. in Courtroom 2 of the United States District Court for the Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address Defendant Durham's Motion for Rule 17Subpoenas [# 157] and the Government's objections to the motion.

Signed: May 1, 2013

Dennis L. Howell
United States Magistrate Judge