**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

7915 Microsoft Way
Charlotte, NC 28273
704-672-6100
August 15, 2013

United States Attorney's Office
Suite 1700, Carillon Building
227 West Trade Street
Charlotte, N.C. 28202
Attention: Assistant U.S. Attorney (AUSA) Michael Savage

RE: United States v. Vinson, et al., 1:12CR20

Dear AUSA Savage:

Reference is made to your request for information regarding Special Agent (SA) Stuart M. Kelley, particularly his reassignment from the FBI investigation that formed the basis for the referenced criminal action.

Please be advised that, due to a transfer, dated May 1, 2012, of SA Kelley to the Headquarters City Office of FBI Charlotte and his assignment to another squad, all of SA Kelley's cases were reassigned to other SAs. In particular, the Seven Falls/Vinson investigation was reassigned from SA Kelley to another SA on or about May 9, 2012. The transfer and squad reassignment of SA Kelley were not due to any actions related to the Seven Falls/Vinson investigation.

It is hoped that this information will assist in your discovery obligations in the referenced case.

Sincerely Yours,

John A. Strong
Special Agent in Charge

James E. Jewell

By:
James E. Jewell
Assistant Special Agent in Charge